## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

FILED

APR 22 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:26-cr- 36 |
| v. ) | |
| ) | JUDGES Atchley/Steger |
| JEREMEY GERMAINE UNDERWOOD ) | |

## INDICTMENT

### COUNT ONE
### Exploitation of a Minor

The Grand Jury charges that starting on or about July 01, 2025, and continuing until on or about February 01, 2026, within the Eastern District of Tennessee and elsewhere, the defendant, JEREMEY GERMAINE UNDERWOOD, did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was intended to be transported in interstate commerce and was produced using materials that had been mailed, shipped, and transported in interstate commerce.

All in violation of Title 18, United States Code, § 2251(a) and (e).

### COUNT TWO

### Enticement of a Minor

The Grand Jury further charges that starting on or about July 01, 2025, and continuing until on or about February 01, 2026, within the Eastern District of Tennessee and elsewhere, the defendant, JEREMEY GERMAINE UNDERWOOD, did use a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely: the production of child pornography as defined in

2256(8)(A), as well as especially aggravated sexual exploitation of a minor, in violation of Tennessee statute, TCA § 39-17-1005.

All in violation of Title 18, U.S.C. § 2422(b).

## COUNT THREE

### Felony Offense Involving A Minor By A Registered Sex Offender

The Grand Jury further charges that starting on or about July 01, 2025, and continuing until on or about February 01, 2026, within the Eastern District of Tennessee and elsewhere, the defendant, JEREMEY GERMAINE UNDERWOOD, an individual required by Federal and State laws to register as a sex offender, committed the felony offenses involving a minor as follows:

A felony offense involving a minor under 18 U.S.C. § 2251(a), that is, attempting to employ, use, persuade, induce, entice, and coerce, a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was intended to be transported in interstate commerce and was produced using materials that had been mailed, shipped, and transported in interstate commerce. as alleged in Count One of this Indictment.

All in violation of Title 18, United States Code, § 2260A.

## COUNT FOUR

### Felony Offense Involving A Minor By A Registered Sex Offender

The Grand Jury further charges that starting on or about July 01, 2025, and continuing until on or about February 01, 2026, within the Eastern District of Tennessee and elsewhere, the defendant, JEREMEY GERMAINE UNDERWOOD, an individual required by Federal and

2

State laws to register as a sex offender, committed the felony offenses involving a minor as follows:

A felony offense involving a minor under 18 U.S.C. § 2422(b), that is, use a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense as alleged in Count Two of this Indictment.

All in violation of Title 18, United States Code, § 2260A.

## COUNT FIVE

### Felony Offense Involving a Minor by an Individual with a Prior Sex Offense Conviction

The Grand Jury further charges that starting on or about July 01, 2025, and continuing until on or about February 01, 2026, within the Eastern District of Tennessee and elsewhere, the defendant, JEREMEY GERMAINE UNDERWOOD, an individual having a prior sex offense conviction as defined in 18 U.S.C. §2426(b)(1)(B), committed the felony offenses involving a minor as follows:

A felony offense involving a minor under 18 U.S.C. § 2251(a), that is, attempting to employ, use, persuade, induce, entice, and coerce, a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was intended to be transported in interstate commerce and was produced using materials that had been mailed, shipped, and transported in interstate commerce. as alleged in Count One of this Indictment.

All in violation of Title 18, United States Code, § 2426(a).

3

## COUNT SIX

### Felony Offense Involving a Minor by an Individual with a Prior Sex Offense Conviction

The Grand Jury further charges that starting on or about July 01, 2025, and continuing until on or about February 01, 2026, within the Eastern District of Tennessee and elsewhere, the defendant, JEREMEY GERMAINE UNDERWOOD, an individual having a prior sex offense conviction as defined in 18 U.S.C. §2426(b)(1)(B), committed the felony offenses involving a minor as follows:

A felony offense involving a minor under 18 U.S.C. § 2422(b), that is, use a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense as alleged in Count Two of this Indictment.

All in violation of Title 18, United States Code, § 2426(a).

### PRIOR CONVICTION ALLEGATION

The defendant, JEREMEY GERMAINE UNDERWOOD, has two prior final convictions under Tennessee Law, in that on or about February 05, 2008, he pled guilty in the Criminal Court of Hamilton County, State of Tennessee to two counts of Rape of a Child, in violation of Tennessee Code Annotated § 39-13-522, and on February 05, 2008 was sentenced on those offenses to concurrent terms of 17 years to serve in the Tennessee Department of Corrections followed by Sex Offender Registration for Life and Community Supervision for Life.

4

# FORFEITURE ALLEGATIONS

The allegations contained in Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253, and 2428.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Sections 2251 and 2252A, the defendant, JEREMEY GERMAINE UNDERWOOD, shall forfeit to the United States of America, the following:

a.     Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c.     Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422, the defendant, JEREMEY GERMAINE UNDERWOOD, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

The properties to be forfeited include, but are not limited to, the following:

**Samsung Galaxy A14, IMEI:  356677532245672, SN: R9TX307EZ0X**

5

A TRUE BILL:

██████████████████

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: _____

Charles D. Minor
Special Assistant United States Attorney